IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RamSoft USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Radiology Group LLC, <br> Anand Lalaji, Joe Stephens, <br><br> Defendants. | CIVIL NO. 1:24-cv-04821-TRJ |

**[PROPOSED] ORDER**

Pending before the Court is Plaintiff RamSoft USA, Inc.'s *Unopposed Motion to Extend Time to Serve Defendant Joe Stephens*. The Court having considered the motion, and for good cause shown, the Motion is hereby GRANTED.

Plaintiff shall have through and including September 23, 2025, to complete service of process upon Defendant Joe Stephens.

SO ORDERED this _____ day of June, 2025.

_____
The Honorable Tiffany R. Johnson