IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMSOFT USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE RADIOLOGY GROUP LLC, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:24-cv-04821-TRJ |

ORDER

This matter is before the Court on Plaintiff RamSoft USA, Inc.'s Unopposed Motion for Extension of Time to Serve Defendant Joe Stephens. (Doc. 58). Plaintiff requests a 90-day extension of time to effectuate service on Defendant Joe Stephens, indicating that "Mr. Stephens has proven difficult to locate." (*Id.* at 1). The other defendants in this action do not oppose the requested relief. (*Id.*)

Upon review and consideration, Plaintiff's Unopposed Motion (Doc. 58) is **GRANTED IN PART**. The Court declines to grant a 90-day extension of time for Plaintiff to effectuate service on Stephens. Instead, the Court **GRANTS** a 30-day extension of time for Plaintiff to effectuate service on Stephens. Plaintiff is **ORDERED** to serve Stephens by **July 26, 2025**. Plaintiff is **DIRECTED** to file proof of service once service has been effectuated. If Plaintiff is unable to effectuate service on Stephens by **July 26, 2025**, the Court will consider a motion to effectuate service by publication which demonstrates "due diligence in pursuing every available channel of information" was made to personally serve Stephens. *See Thomas v. Ekes*,

No. 1:22-cv-03306-SCJ, 2023 WL 4401469, at *1 (N.D. Ga. Feb. 7, 2023) (internal citations and quotations omitted).

SO ORDERED, this 30th day of June, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge