## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RamSoft USA, Inc.,

       Plaintiff,

v.

The Radiology Group LLC,
Anand Lalaji, Joe Stephens,

       Defendants.

CIVIL NO. 1:24-cv-04821-TRJ

## RAMSOFT'S MOTION FOR SERVICE BY PUBLICATION AS TO DEFENDANT JOE STEPHENS

COMES NOW Plaintiff RamSoft USA, Inc. ("RamSoft"), pursuant to Fed. R. Civ. P. 4(e)(1), incorporating O.C.G.A. § 9-11-4(f)(1)(A), and moves this Court for an order authorizing service of Defendant Joe Stephens by publication. The reasons for this Motion are more fully set forth in the supporting brief submitted herewith.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, Plaintiff respectfully prays that the Court grant this Motion, order that the Clerk of Court effectuate service of the Summons and First Amended Complaint by publication in accordance with O.C.G.A. § 9-11-4(f)(1)(A) and grant such other and further relief as the Court deems just and proper.

Dated: JULY 25, 2025

/s/ Mark Billion
Mark Billion (GA Bar No. 768687)
BILLION LAW
110 Traders Cross
Bluffton, SC 29909
Tel: 843.949.9069
markbillion@billionlaw.com

*Counsel for Plaintiff*