# EXHIBIT 1

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:24-cv-04821-TRJ | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | County:<br>FULTON | Job:<br>13280920 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>RAMSOFT USA, INC. | | **Defendant / Respondent:**<br>JOE STEPHENS | |
| **Received by:**<br>Southeastern Process Servers | | **For:**<br>BILLION LAW | |
| **To be served upon:**<br>Joe Stephens | | | |

I, Rochelle Earthrise, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Joe Stephens, Company: 3344 Peachtree Road Northeast Suite 2080, Atlanta, GA 30326
**Manner of Service:**  Unsuccessful Attempt
**Documents:**  SUMMONS IN A CIVIL ACTION, AND FIRST AMENDED COMPLAINT (Received May 8, 2025 at 11:26 am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 16, 2025, 3:38 pm EDT at Company: 3344 Peachtree Road Northeast, Suite 2080, Atlanta, GA 30326 Joe Stephens was not served. The security guard confirmed that no tenant is occupying the space in suite 2080. They do not have a forwarding address.

_____ 5/20/2025
Rochelle Earthrise                Date
ID# CPS 236

Southeastern Process Servers
2296 Henderson Mill Rd NE # 116
Atlanta, GA 30345
404-330-9066

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

5/20/2025            July 19, 2028
Date                Commission Expires



SUSAN EARTHRISE
NOTARY PUBLIC
DEKALB COUNTY
STATE OF GEORGIA
My Comm. Expires July 19, 2028