EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RamSoft USA, Inc.,

Plaintiff,

v.

The Radiology Group LLC,
Anand Lalaji, Joe Stephens,

Defendants.

CIVIL NO. 1:24-cv-04821-TRJ

Ted Moss, being duly sworn, deposes and says:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Affidavit.

2. I am the Chief Executive Officer of Investigations America, Inc., a licensed private investigative agency retained by Plaintiff RamSoft USA, Inc. ("RamSoft") to assist in locating Defendant Joe Stephens ("Stephens").

3. On June 3, 2025, RamSoft retained Investigations America, Inc. for the purpose of verifying addresses and attempting to ascertain the current location of Stephens to effectuate personal service.

4. In the course of my investigation, I conducted an examination of Stephens' professional and social media presence, including a review of LinkedIn and other online platforms, which reflected that Stephens had been identified as

Chief Financial Officer of Pursuant Health (also known as Solo Health) and Acuity Accounting.

5. I reviewed corporate records on file with the Georgia Secretary of State for Pursuant Health/Solo Health from 2014 and 2019, which listed Larry Joe Stephens as CFO, and which reflected business addresses associated with Stephens at 11555 Medlock Bridge Road, Suite 190, Duluth, GA 30097, and 780 Johnson Ferry Road, Suite 625, Atlanta, GA 30342.

6. I contacted Assistant U.S. Attorney Nicholas Biase of the Department of Justice, to inquire whether any information concerning Stephens' whereabouts could be derived from the Department of Justice's False Claims Act settlement with The Radiology Group. Mr. Biase advised that he did not recognize Stephens and was unable to provide any information about his location.

7. I conducted comprehensive searches of both proprietary and public record databases, which included reviewing potential telephone numbers, email addresses, prior employment history, educational background, and social media profiles associated with Stephens. These searches did not yield a current residential or business address where service could be effected.

8. Despite gathering substantial information, including multiple historical and potential addresses associated with Joe Stephens, I have not been able to identify

any address where he could be effectively and reliably located for purposes of personal service.

Ted Moss

# JURAT

State of Ohio )
County of Cuyahoga )

I am a notary public and, correspondingly, an officer authorized to administer oaths. This document and the statements therein were sworn and subscribed before me on July ___, 2025, by TED MOSS, who is personally known to me on the basis of satisfactory evidence to be the person who appeared before me.

TED MOSS made the oath necessary to so swear and subscribe this affidavit.

TED MOSS was sworn under oath in my presence; stated that the facts in the affidavit and its exhibits are true, correct, and of his own knowledge in my presence; and signed this affidavit in my presence.

[signature], Notary Public
My commission expires: 5/26/30
Stamp/Seal

NOTARY PUBLIC STATE OF OHIO

THERESA SANKER
Notary Public
State of Ohio
My Comm. Expires
May 26, 2030