EXHIBIT 3

# AFFIDAVIT OF NON-SERVICE

| Case:<br>1:24-cv-04821 | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | County:<br>FULTON | Job:<br>13643999 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>RAMSOFT USA, INC. | | Defendant / Respondent:<br>JOE STEPHENS | |
| Received by:<br>Southeastern Process Servers | | For:<br>BILLION LAW | |
| To be served upon:<br>Joe Stephens | | | |

I, Rochelle Earthrise, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joe Stephens, Home: 3207 Fonseca Pass, Atlanta, GA 30349
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS IN A CIVIL ACTION, AND FIRST AMENDED COMPLAINT (Received May 8, 2025 at 11:26am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jun 25, 2025, 10:15 pm EDT at Home: 3207 Fonseca Pass, Atlanta, GA 30349
Joe Stephens was not served. The camera doorbell was activated. I knocked on the door and rang the bell several times. The blinds were closed, and the storm door was locked—no sound or answer. No vehicle. No mail.

2) Unsuccessful Attempt: Jun 26, 2025, 9:00 pm EDT at Home: 3207 Fonseca Pass, Atlanta, GA 30349
Joe Stephens was not served. The house was dark. The blinds were closed. I knocked, but there was no sound or answer. No vehicles. The mailbox has a 'vacant' notice from the Post Office.

_Rochelle Earthrise_  7/1/2025
Rochelle Earthrise     Date
ID# CPS 236

Southeastern Process Servers
2296 Henderson Mill Rd NE # 116
Atlanta, GA 30345
404-330-9066

Subscribed and sworn to before me by the affiant who is personally known to me in the state of Georgia, DeKalb County.

_Susan Earthrise_
Notary Public

7/1/2025          July 19, 2028
Date              Commission Expires



SUSAN EARTHRISE
NOTARY PUBLIC
DEKALB COUNTY
STATE OF GEORGIA
My Comm. Expires July 19, 2028