# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RamSoft USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Radiology Group LLC, <br> Anand Lalaji, Joe Stephens, <br><br> Defendants. | CIVIL NO. 1:24-cv-04821-TRJ |

Marc Allard, being duly sworn, deposes and says:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Affidavit.

2. I am employed as a professional process server with Atlanta Legal Services, which was retained to effectuate personal service on Defendant Joe Stephens in the above-captioned matter.

3. On July 17, 2025, at approximately 11:05 a.m., I attempted to serve Joe Stephens at 11555 Medlock Bridge Road, Suite 190, Duluth, GA 30097. Upon arrival, I entered the premises and spoke with a Human Resources officer named Erin, who advised me that the current business operating at that location is Panya Medical Center Business Office. Ms. Erin further stated that she has never heard of

Joe Stephens and confirmed that Mr. Stephens is not known to her or affiliated with the business at that address.

4. Based on the foregoing, I was unable to effectuate personal service on Joe Stephens at this location.

_____
MARC ALLARD

**JURAT**

State of  Florida  )
County of Nassau  )

I am a notary public and, correspondingly, an officer authorized to administer oaths. This document and the statements therein were sworn and subscribed before me on July 24th 2025, by MARC ALLARD, who is personally known to me on the basis of satisfactory evidence to be the person who appeared before me.

MARC ALLARD made the oath necessary to so swear and subscribe this affidavit.

MARC ALLARD was sworn under oath in my presence; stated that the facts in the affidavit and its exhibits are true, correct, and of his own knowledge in my presence; and signed this affidavit in my presence.

_____, Notary Public
My commission expires: 07/14/29
Stamp/Seal

```
Notary Public State of Florida
Alyssa Crews
My Commission HH 698110
Expires 7/14/2029
```