EXHIBIT 5

Case 1:24-cv-04821-TRJ   Document 61-6   Filed 07/25/25   Page 1 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RamSoft USA, Inc., | |
|     Plaintiff, | |
| v. | CIVIL NO. 1:24-cv-04821-TRJ |
| The Radiology Group LLC, <br> Anand Lalaji, Joe Stephens, | |
|     Defendants. | |

Lorenzo Kenerson, being duly sworn, deposes and says:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Affidavit.

2. I am employed as a professional process server with Atlanta Legal Services, which was retained to effectuate personal service on Defendant Joe Stephens in the above-captioned matter.

3. On July 17, 2025, at approximately 11:45 a.m., I attempted to serve Joe Stephens at 3423 Piedmont Rd NE, Atlanta, GA 30305, an address identified as associated with Acuity Accounting, a shared workspace provider. Upon arrival, I spoke with building security and was informed that Acuity Accounting is a 24-hour facility where members come and go. I was advised that Joe Stephens does not maintain a dedicated workspace at this location. I was further informed that while

some Acuity members maintain dedicated offices and others work remotely, Stephens is not listed on any internal documents and does not have a permanent presence at the premises. It was suggested that Stephens may periodically come into work at this location, but his attendance could not be confirmed.

4. On July 23, 2025, at approximately 2:55 p.m., I attempted to serve Joe Stephens at 780 Johnson Ferry Road, Suite 625, Atlanta, GA 30342, I confirmed that the current occupant of Suite 625 is Colony Bank. I inquired as to whether Joe Stephens was affiliated with or known to the personnel at that office. I was informed that Mr. Stephens is not known at that location and has no current connection to Colony Bank.

5. Based on the foregoing, I was unable to effectuate personal service on Joe Stephens at either location.

_____    7/24/25
LORENZO KENERSON

**JURAT**

State of <u>GEORGIA</u> )
County of <u>DEKALB</u> )

I am a notary public and, correspondingly, an officer authorized to administer oaths. This document and the statements therein were sworn and subscribed before me on July 24, 2025, by LORENZO KENERSON, who is personally known to me on the basis of satisfactory evidence to be the person who appeared before me.

LORENZO KENERSON made the oath necessary to so swear and subscribe this affidavit.

LORENZO KENERSON was sworn under oath in my presence; stated that the facts in the affidavit and its exhibits are true, correct, and of his own knowledge in my presence; and signed this affidavit in my presence.

Fiona K. Leonard
_____, Notary Public      7/24/25
My commission expires: 12/19/28
Stamp/Seal

