# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RamSoft USA, Inc., <br><br>　　　　Plaintiff, <br><br> v. <br><br> The Radiology Group LLC, <br> Anand Lalaji, Joe Stephens, <br><br>　　　　Defendants. | CIVIL NO. 1:24-cv-04821-TRJ |

## AFFIDAVIT OF MARK M. BILLION IN SUPPORT OF RAMSOFT'S MOTION FOR SERVICE BY PUBLICATION AS TO DEFENDANT JOE STEPHENS

I, Mark M. Billion, a Georgia barred attorney, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am older than 18 years of age, and I am *sui juris* and prepared to offer testimony in this case.

2. I make this declaration based upon my personal knowledge of its contents, and to the best of my knowledge everything contained herein is true.

3. I am lead counsel for the Plaintiff.

4. A claim exists as to Defendant Joe Stephens and is stated sufficiently in the Plaintiff's First Amended Complaint. He is a proper party to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2025.

/s/ Mark M. Billion