**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RamSoft USA, Inc.,

        Plaintiff,

v.

The Radiology Group LLC,
Anand Lalaji & Joe Stephens,

        Defendants.

CIVIL NO. 1:24-cv-04821-TRJ

**CERTIFICATE OF SERVICE: PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

A copy of the aforesaid document has been filed via PACER and served electronically to all counsel of record. By consent of the parties, no mailing is required.

Dated: April 1, 2026

/s/ Mark Billion
Mark Billion (GA Bar No. 768687)
BILLION LAW
110 Traders Cross
Bluffton, SC 29909
Tel: 302.428.9400
markbillion@billionlaw.com

*Counsel for Plaintiff*